IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TRANSCORE, LP, | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| v. | ) Case No.: 3:19-cv-820-REP |
| RICHMOND METROPOLITAN TRANSPORTATION AUTHORITY, | ) |
|     Defendant/Counterclaim Plaintiff. | ) |

**TRANSCORE, LP'S MOTION IN LIMINE
TO EXCLUDE TESTIMONY OF HAROLD WORRALL**

Plaintiff/Counterclaim Defendant TransCore, LP ("TransCore"), by counsel, pursuant to Local Rule 7 and this Court's Pretrial Schedule [ECF No. 13-1], hereby moves to exclude certain testimony of Richmond Metropolitan Transportation Authority's ("RMTA") designated expert witness Harold Worrall. The grounds for this Motion are as follows:

1. Worrall's proposed opinions regarding which party is responsible for scheduling delays are inadmissible because:

    a. they fail to use an accepted methodology;

    b. they fail to account for confounding variables;

    c. they lack adequate foundation; or

    d. they were not timely disclosed.

2. To show causation of delay, RMTA must provide a critical-path analysis. However, Worrall fails to do so.

3. Worrall's proposed opinions in his supplemental designation are untimely, and such untimeliness was neither substantially justified nor harmless.

4. Worrall's proposed opinions regarding RMTA's direct damages are inadmissible because the liquidated-damages provision of the parties' agreement provides the exclusive remedy for RMTA's injuries from delayed completion of the project.

5. The grounds for this Motion are further detailed in TransCore's Memorandum in Support, which TransCore has filed contemporaneously herewith.

WHEREFORE, TransCore respectfully requests that the Court grant this Motion, exclude the proposed opinions described above and as set forth in further detail in TransCore's accompanying Memorandum in Support, and grant such other relief as the Court deems just and proper.

TRANSCORE, LP

By: /s/ Thomas M. Wolf
Counsel

Thomas M. Wolf (VSB No. 18234)
Joseph M. Rainsbury (VSB No. 45782)
John "Jack" M. Robb, III (VSB No. 73365)
Kenneth T. Stout (VSB No. 88027)
MILES & STOCKBRIDGE P.C.
919 E. Main Street, Suite 1100
Richmond, VA 23219
804.905.6910 (Telephone)
804.905.6910 (Facsimile)
twolf@milesstockbridge.com
jrainsbury@milesstockbridge.com
jrobb@milesstockbridge.com
ktstout@milesstockbridge.com

*Counsel for TransCore, LP*