IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TRANSCORE, LP, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>RICHMOND METROPOLITAN )<br>TRANSPORTATION AUTHORITY, )<br>)<br>)<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | Case No.: 3:19-cv-820-REP |

**[PROPOSED]**
**ORDER GRANTING TRANSCORE, LP'S MOTION IN LIMINE**
**TO EXCLUDE TESTIMONY OF HAROLD WORRALL**

This matter is before the Court on Plaintiff/Counterclaim Defendant TransCore, LP's ("TransCore") Motion for in Limine to Exclude Testimony of Harold Worrall ("Motion") regarding certain expert opinions, as identified in further detail in TransCore's Memorandum in Support, proposed by Richmond Metropolitan Transportation Authority's ("RMTA") to be offered at trial.

Upon consideration of TransCore's Motion, and any opposition thereto, it is hereby

ORDERED that TransCore's Motion is GRANTED.

Let the clerk send a copy of this Order to all counsel of record.

 

_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: _____, 2020