# Exhibit 4

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

Civil Action No. 3:19-CV-820-REP

TRANSCORE, LP,                                )
                                              )
        Plaintiff,                            )
                                              )
vs.                                           )
                                              )
RICHMOND METROPOLITAN                         )
TRANSPORTATION AUTHORITY,                     )
                                              )
        Defendant.                            )
_____/

30(b)(6) VIDEOTAPED DEPOSITION OF JOE ELY AS CORPORATE

DESIGNEE OF BEHALF OF HNTB CORPORATION

(Reported Remotely via Video & Web Videoconference)

Fishkill, New York (Deponent's location)

Tuesday, October 27th, 2020

9:42 a.m.

Reported by



MAGNA LEGAL SERVICES

1    again.

2              HNTB's understanding prior to

3    June the 12th, 2019, was that TransCore could not

4    install two hosts as part of the toll system

5    project, right?

6        A.   HNTB's understanding of -- of the

7    project is that -- that all of the host function and

8    data needed to reside at the Powhite administration

9    building and that -- that it wasn't necessarily a

10   machine-count statement, but it was a physical

11   location statement of where -- where functions are

12   achieved.

13       Q.   And those functions could still be

14   achieved if TransCore installed a second host at the

15   Downtown Expressway Plaza, correct?

16             MR. WONDERLICK:  Object to the form.

17             MR. WILLETT:  Objection.

18             THE WITNESS:  I have -- I have not seen

19        a design from TransCore that achieves that.

20   BY MR. ROBB:

21       Q.   All right.  Has HNTB performed any

22   critical path scheduling analysis for the project?



1     A.   Not -- not that I'm aware of.

2     Q.   When HNTB received schedule updates from

3 TransCore, HNTB's evaluation was limited to the

4 information that TransCore provided?

5           MR. WONDERLICK:  Object to the form.

6           THE WITNESS:  When --

7 BY MR. ROBB:

8     Q.   Let -- let me withdraw the question.

9 Let me -- let me ask you this way.

10          What's HNTB's role, if any, related to

11 the monthly schedule updates that TransCore

12 provided?

13     A.   It was to -- to review the updates

14 and -- and evaluate progress against the -- against

15 the deadline.

16     Q.   And as part of that review of the

17 updates and evaluation of the progress against the

18 deadline, HNTB did not advise RMTA whether TransCore

19 could recover the schedule, did it?

20           MR. WONDERLICK:  Object to the form.

21           MR. WILLETT:  Same objection.

22           THE WITNESS:  Can -- can you restate

