# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

Civil Action No. 3:19-CV-820-REP

TRANSCORE, LP

vs.

RICHMOND METROPOLITAN

TRANSPORTATION AUTHORITY

VIDEOTAPED DEPOSITION OF HAROLD WORRALL

Via Zoom Video

October 27th, 2020

MAGNA LEGAL SERVICES

Reported by: Keith Williamson, RPR, CRR, CSR



1   Deposition of HAROLD WORRALL taken by and
2  before Keith Williamson, RPR, CRR, CSR, Notary
3  Public in and for the Commonwealth of Virginia at
4  large, pursuant to the Rules of the Supreme Court of
5  Virginia and by notice and agreement to take
6  depositions, commencing at approximately 9:34 a.m.
7
8
9  Appearances:
10 Thomas M. Wolf, Esquire
   MILES & STOCKBRIDGE
11 Attorney, of counsel for plaintiff
12
   Belinda D. Jones, Esquire
13 CHRISTIAN & BARTON
   Attorney, of counsel for defendant
14
15 Also Present:
   Glen Rainwater, Esquire, TransCore
16 Josh Pinkus, Videographer
   Alan Allegretto
17
18
19
20
21
22



1    of 200 hours; is that right?
2    A    I'm sorry.  Yes.  Yes, 200 hours.
3    You're right.  Up to that point, yes.  Uh-huh.
4    Q    No, up to today you have spent?
5    A    No, no, no.  Up to today, no.  I would
6    say it's more.  Let me just take a second.  I'm
7    sorry.  And this is approximate, I would say up
8    to today about 300 hours.
9    Q    Okay.  So up to today?
10   A    I mean, I could give you specifics if I
11   looked at my time sheets, but that's
12   approximate.
13   Q    So up to today you have billed about or
14   could have billed about $75,000 to RMTA?
15   A    I think it's in that neighborhood.
16   Q    Okay.  And before you submitted the
17   report, which is Exhibit 1, how much time did
18   you spend?
19   A    On this report?
20   Q    Yes.
21   A    Up to this report after reviewing all
22   the materials and writing a report, then it



1      for review of the submissions, and that's a
2      major element.
3      Q     And when did you first look at the
4      recovery schedule?
5      A     I guess probably a week ago.
6      Q     You didn't look at the recovery schedule
7      when you did your original report?
8      A     No, I didn't have it available.
9      Q     Why not?
10     A     I didn't have it.  I requested it from
11     counsel.
12     Q     You requested it from counsel as part of
13     your review of all the documents you reviewed
14     before your initial report?
15     A     I requested it because the recovery
16     schedule had purported to able to make the RSAT
17     and I needed to review that and I need to
18     understand that that was the case.
19     Q     I'm just trying to figure out when you
20     requested to look at the recovery schedule.
21     A     I don't remember exactly, but a couple
22     weeks ago probably.



1   Q    That was the first time you requested to
2   look at it?
3   A    At the recovery schedule.
4   Q    Right, that was the first time you
5   requested to look at the recovery schedule was
6   a couple of weeks ago?
7   A    Yes.
8   Q    And you had not been asked to offer any
9   opinions on the recovery schedule before that
10  time, right?
11  A    Right.
12  Q    So the next series of six bullet points
13  on that page, do these also relate to the
14  recovery schedule?
15  A    Let me review this just for a moment.
16  Yes.
17  Q    Okay.  And then you have a heading
18  "Project issues of concern."  So reuse of
19  conduit.
20       What is your new opinion there that you
21  were unable to give in your initial report?
22  A    I don't think it was a new one.  It's an



1      agree, right?

2           MS. JONES:  Object to the form.

3      A     I suppose, yes.

4      Q     So the adequacy of design drawings,

5      we're looking at page 5 of 9 here.  So what

6      part of that paragraph could you not have

7      offered as an opinion when you did your

8      original report?

9      A     Well, I reviewed the drawings myself and

10     in my opinion, they don't meet the 80 percent

11     goal for MDR because it's not just the elements

12     that you're going to install in the lane, but

13     it's also the elements that are in the lane.

14     And not just the equipment that you're going to

15     reuse, although that's important, but also

16     things like pavement joints where you might

17     have reinforcing bars that would affect the

18     magnetic induction of the loops because if the

19     loop doesn't work, you don't have any access

20     you've got.  It's a very important element.

21     Q     But those drawings existed when you did

22     your original report, right?

