# EXHIBIT 7

| | |
|---|---|
| Message | |
| From: | Mickle, Barry [Barry.Mickle@TransCore.com] |
| Sent: | 10/29/2018 2:59:09 PM |
| To: | Theresa Simmons [/O=RICHMOND METROPOLITAN AUTHORITY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Theresa] |
| CC: | Eeles, Chris [Chris.Eeles@TransCore.com] |
| Subject: | RMTA MDR Drawings Package |
| Flag: | Follow up |

Theresa,

Per our last meeting and our subsequent conversation, I am concerned and asking for relief on the MDR deliverable for the drawings package. My concern is a bi-product of the last direction we received, in which we were directed to include in the MDR drawings all items of the existing toll collection system being left in place. TC recognizes the requirement is there to do so, however we do not see the urgency to include in the MDR phase. The MDR phase I believe is to deliver 50% level drawings. With the 50 % level in mind, I believe, if we are able to deliver the MDR drawings without the existing system elements we can save approximately 30-45 days of schedule. The schedule is saved based on our estimates of 30-45 days to complete additional surveys and subsequent drawings. Whereas if allowed to deliver MDR with existing system finalized, we will be performing surveys for this work while your MDR reviews of the current drawings are happening. Let me reiterate once again, TC missed the requirement but we are committed to including the existing system elements being left in place in the FDR level drawings.

Thank you in advance for your consideration,
Barry

**Barry Mickle,** PMP | Vice President, Program Manager
**TransCore** | 150 4th Ave North, Suite 1200 | Nashville, TN 37219
**Office:** 615.988.9964 | **Cell:** 845.341.3524

EXHIBIT
17
KW 9/29/20

RMTA018600