# EXHIBIT 8

**From:** Mickle, Barry
**Sent:** Tuesday, March 19, 2019 9:06 PM
**To:** Curtis, Scott; Donovan, Erin
**Cc:** Morales, Jose; Buxton, Brenton; Curtis, Christopher
**Subject:** Re: RMTA FDR Structural Plans and Calculations 1/4

After we receive comments on the second MDR submittal (which should be near 100 percent) we will need to address comments and submit the FDR package to address comments.

Get Outlook for Android

---

**From:** Donovan, Erin <edonovan@wrallp.com>
**Sent:** Tuesday, March 19, 2019 4:03:59 PM
**To:** Mickle, Barry; Curtis, Scott
**Cc:** Morales, Jose; Buxton, Brenton; Curtis, Christopher
**Subject:** RE: RMTA FDR Structural Plans and Calculations 1/4

So how do we resolve? I understand you are trying to expedite the review process by submitting advanced versions of the plans before achieving MDR phase closeout. As long as we all understand that there will not be another FDR submittal, I am fine with submitting these as MDR 2.0 and the next set will be issued for construction. Does that work?

Erin Donovan, PE | *Associate*

**Whitman, Requardt & Associates, LLP**
12700 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
(Main) 703.293.9717
(Direct) 703.293.7440
(Mobile) 571.778.9736

edonovan@wrallp.com
www.wrallp.com

---

**From:** Mickle, Barry <Barry.Mickle@TransCore.com>
**Sent:** Tuesday, March 19, 2019 5:03 PM
**To:** Curtis, Scott <Scott.Curtis@TransCore.com>; Donovan, Erin <edonovan@wrallp.com>
**Cc:** Morales, Jose <Jose.Morales@TransCore.com>; Buxton, Brenton <Brenton.Buxton@TransCore.com>; Curtis, Christopher <ccurtis@wrallp.com>
**Subject:** Re: RMTA FDR Structural Plans and Calculations 1/4

Erin, you may recall we submitted the first set to get comments and credit for delivery. But they initially rejected the first submittal because it did not have the existing system elements depicted in them that was required.

Get Outlook for Android

---

**From:** Mickle, Barry
**Sent:** Tuesday, March 19, 2019 4:00:10 PM
**To:** Curtis, Scott; Donovan, Erin

1



CONFIDENTIAL

TRANSCORE_00118886

**Cc:** Morales, Jose; Buxton, Brenton; Curtis, Christopher
**Subject:** Re: RMTA FDR Structural Plans and Calculations 1/4

Bottom line, we are not allowed to submit any FDR until MDR is closed out.

Get Outlook for Android

---

**From:** Donovan, Erin <edonovan@wrallp.com>
**Sent:** Tuesday, March 19, 2019 3:58:48 PM
**To:** Mickle, Barry; Curtis, Scott
**Cc:** Morales, Jose; Buxton, Brenton; Curtis, Christopher
**Subject:** RE: RMTA FDR Structural Plans and Calculations 1/4

Barry,

I am even more confused. We submitted preliminary MDR (what we thought was the actual MDR). After we received comments, we submitted Final MDR. I do not want to be in a situation where we have to repeat that process – it is not an efficient workflow. We understand there will be comments on the submittal but by not calling this FDR it implies that there will be another chance to provide comments – and yet another redline set, more comment sheets to update, etc.

Erin

Erin Donovan, PE | *Associate*

**Whitman, Requardt & Associates, LLP**
12700 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
(Main) 703.293.9717
(Direct) 703.293.7440
(Mobile) 571.778.9736

edonovan@wrallp.com
www.wrallp.com

---

**From:** Mickle, Barry <Barry.Mickle@TransCore.com>
**Sent:** Tuesday, March 19, 2019 4:54 PM
**To:** Curtis, Scott <Scott.Curtis@TransCore.com>
**Cc:** Morales, Jose <Jose.Morales@TransCore.com>; Buxton, Brenton <Brenton.Buxton@TransCore.com>; Donovan, Erin <edonovan@wrallp.com>; Curtis, Christopher <ccurtis@wrallp.com>
**Subject:** Re: RMTA FDR Structural Plans and Calculations 1/4

We had to submit initial MDR and now "the" MDR. I would call it MDR 2.0. The customer will review and we will respond to comments and then call docs FDR.

Get Outlook for Android

---

**From:** Curtis, Scott
**Sent:** Tuesday, March 19, 2019 3:50:18 PM
**To:** Mickle, Barry
**Cc:** Morales, Jose; Buxton, Brenton; Donovan, Erin; Curtis, Christopher
**Subject:** RE: RMTA FDR Structural Plans and Calculations 1/4

Hi Barry,

2

Because of the weirdness of this whole submittal process with RMTA, I'm going to need to leave this explanation in your capable hands.

Thanks,

Scott

Scott Curtis
Hardware Engineer IV
Transcore
3916 Gattis School Rd, Round Rock, TX 78664
Cell: 512-415-9871
Email: scott.curtis@TransCore.com

TRANSCORE

**From:** Donovan, Erin <edonovan@wrallp.com>
**Sent:** Tuesday, March 19, 2019 3:48 PM
**To:** Curtis, Scott <Scott.Curtis@TransCore.com>; Curtis, Christopher <ccurtis@wrallp.com>; Mickle, Barry <Barry.Mickle@TransCore.com>
**Cc:** Morales, Jose <Jose.Morales@TransCore.com>; Buxton, Brenton <Brenton.Buxton@TransCore.com>
**Subject:** RE: RMTA FDR Structural Plans and Calculations 1/4

Barry, Scott,

We understand you may not have officially closed out the MDR stage, but we are concerned about confusion with these plans if they are labeled MDR again – as they are an FDR level plan set. I know you understand that but we do not want to cause confusion for RMTA. Also, we do not want to add another submittal in this process – i.e. Preliminary FDR and Final FDR as we did with the MDR stage and two plan submittals.

Please clarify further when you get a chance.

Thanks,

Erin Donovan, PE | *Associate*

**Whitman, Requardt & Associates, LLP**
12700 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
(Main) 703.293.9717
(Direct) 703.293.7440
(Mobile) 571.778.9736

edonovan@wrallp.com
www.wrallp.com

**From:** Curtis, Scott <Scott.Curtis@TransCore.com>
**Sent:** Tuesday, March 19, 2019 4:23 PM
**To:** Curtis, Christopher <ccurtis@wrallp.com>; Mickle, Barry <Barry.Mickle@TransCore.com>
**Cc:** Donovan, Erin <edonovan@wrallp.com>; Morales, Jose <Jose.Morales@TransCore.com>; Buxton, Brenton <Brenton.Buxton@TransCore.com>
**Subject:** RE: RMTA FDR Structural Plans and Calculations 1/4

CONFIDENTIAL

TRANSCORE_00118888

It's something to do with the games we're being forced to play relative to formal release from the MDR stage...

@Mickle, Barry could comment with more authority on the complexities of this particular project's documentation process than I can.

Scott Curtis
Hardware Engineer IV
Transcore
3916 Gattis School Rd, Round Rock, TX 78664
Cell: 512-415-9871
Email: scott.curtis@TransCore.com

TRANSCORE

**From:** Curtis, Christopher <ccurtis@wrallp.com>
**Sent:** Tuesday, March 19, 2019 3:18 PM
**To:** Curtis, Scott <Scott.Curtis@TransCore.com>
**Cc:** Donovan, Erin <edonovan@wrallp.com>; Mickle, Barry <Barry.Mickle@TransCore.com>; Morales, Jose <Jose.Morales@TransCore.com>; Buxton, Brenton <Brenton.Buxton@TransCore.com>
**Subject:** RE: RMTA FDR Structural Plans and Calculations 1/4

Scott,

I will make the changes and resend both clean and redline copies.

Why was the title sheet changed back to Midpoint Design Review? Our understanding is that this is Final Design Review.

Chris

**From:** Curtis, Scott <Scott.Curtis@TransCore.com>
**Sent:** Tuesday, March 19, 2019 3:45 PM
**To:** Curtis, Christopher <ccurtis@wrallp.com>
**Cc:** Donovan, Erin <edonovan@wrallp.com>; Mickle, Barry <Barry.Mickle@TransCore.com>; Morales, Jose <Jose.Morales@TransCore.com>; Buxton, Brenton <Brenton.Buxton@TransCore.com>
**Subject:** RE: RMTA FDR Structural Plans and Calculations 1/4

Good morning Chris,

There are a few things that need to be updated on the Structural 100% plans you sent yesterday; I have added my requested changes in BLUE?

The biggest update is something that I obviously mistakenly left you out of the loop on: the DVAS at the Forest Hill On Ramps need to be canopy mounted just like they are at the Forest Hill Off Ramp.

Scott

Scott Curtis
Hardware Engineer IV
Transcore
3916 Gattis School Rd, Round Rock, TX 78664
Cell: 512-415-9871
Email: scott.curtis@TransCore.com

CONFIDENTIAL

TRANSCORE_00118889



**From:** Curtis, Christopher <ccurtis@wrallp.com>
**Sent:** Monday, March 18, 2019 4:03 PM
**To:** Mickle, Barry <Barry.Mickle@TransCore.com>
**Cc:** Morales, Jose <Jose.Morales@TransCore.com>; Curtis, Scott <Scott.Curtis@TransCore.com>; Donovan, Erin <edonovan@wrallp.com>; Guinther, James <jguinther@wrallp.com>
**Subject:** RMTA FDR Structural Plans and Calculations 1/4

Barry,

Please find attached the FDR Structural Plans for the RMTA Tolling System Upgrades.

Due to email size restrictions, Redline FDR Structural Plans, Gantry Calculation Book, and Plaza Calculation Book will be sent in subsequent emails.

Please let me know if you have any questions.

Thank you,

Christopher Curtis, PE | *Senior Project Engineer*

**Whitman, Requardt & Associates, LLP**
12700 Fair Lakes Circle
Suite 300
Fairfax, VA 22033
(Direct) 703-293-7443
(Main) 703-293-9717

ccurtis@wrallp.com
www.wrallp.com




The information supplied in this message may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. You have no right to retain, disseminate, copy or disclose the material contained herein. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.
WRA_Disclaimer_v20070222a