# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
Civil Action No. 3:19-CV-820-REP

TRANSCORE, LP

vs.                                VOLUME II

RICHMOND METROPOLITAN
TRANSPORTATION AUTHORITY

VIDEOTAPED DEPOSITION OF BARRY MICKLE

Richmond, Virginia

September 30th, 2020

MAGNA LEGAL SERVICES
Reported by: Keith Williamson, RPR, CRR, CSR



1  Deposition of BARRY MICKLE taken by and before
2  Keith Williamson, RPR, CRR, CSR, Notary Public in
3  and for the Commonwealth of Virginia at large,
4  pursuant to the Rules of the Supreme Court of
5  Virginia and by notice and agreement to take
6  depositions, commencing at approximately 9:54 a.m.
7
8
9  Appearances:
10 Thomas M. Wolf, Esquire
   John "Jack" M. Robb, III, Esquire
11 MILES & STOCKBRIDGE
   Attorney, of counsel for plaintiff
12
13 Belinda D. Jones, Esquire
   Henry I. Willett, III, Esquire
14 CHRISTIAN & BARTON
   Attorney, of counsel for defendant
15
16 Also Present:
   Whitt Hall, TransCore
17 Paula Flowers, Esquire, TransCore
   Laura Cooney, Videographer
18 Theresa Simmons, RMTA
19
20
21
22



```
 1      Q     And then you tell Ms. Donovan that they,
 2   and I assume they is RMTA?
 3      A     Where are you?
 4      Q     The next sentence.
 5      A     Yes.
 6      Q     "But they additionally rejected the
 7   first submittal because it did not have the
 8   existing system elements depicted in them that
 9   was required."
10            And I believe your testimony just a
11   little bit ago was that the November 2018
12   drawings were not rejected; is that correct?
13      A     This was a conversation between myself,
14   Erin and the team.  Probably used the wrong
15   phrase rejected.  I do not believe there was a
16   formal rejection.  We were warned.
17      Q     And when you said that the first set was
18   submitted to get comments and credit for
19   delivery, you were putting Ms. Donovan on
20   notice that at that time you knew that there
21   would be another set to be submitted, correct?
22            MR. WOLF:  Object to the form of the
```

