# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

Civil Action No. 3:19-CV-820-REP

TRANSCORE, LP,                          )
                                        )
          Plaintiff,                    )
                                        )
vs.                                     )
                                        )
RICHMOND METROPOLITAN                   )
TRANSPORTATION AUTHORITY,               )
                                        )
          Defendant.                    )
_____/


VIDEOTAPED DEPOSITION OF BARRY MICKLE

(Reported Remotely via Video & Web Videoconference)

Nashville, Tennessee (Deponent's location)

Wednesday, October 28th, 2020

6:25 p.m.


Reported by



```
 1                ALL APPEARANCES VIA ZOOM
 2   ON BEHALF OF THE PLAINTIFF:
 3        JOHN "JACK" M. ROBB, III, Esquire
          Miles & Stockbridge
 4        919 East Main Street
          Suite 1100
 5        Richmond, Virginia 23219
          (804) 905-6910
 6        jrobb@mslaw.com
 7   ON BEHALF OF THE DEFENDANT:
 8        BELINDA JONES, Esquire
          HENRY I. WILLETT, III, Esquire
 9        Christian & Barton, LLP
          909 East Main Street
10        Suite 1200
          Richmond, Virginia 23219
11        (804) 697-4130
          bjones@cblaw.com
12        hwillett@cblaw.com
13
14
     ALSO PRESENT VIA ZOOM:
15
          Meagan Donohoe, Technician
16        Dennis Mullin, Video Technician
          Theresa Simmons
17        Paula Flowers
18
19
20
21
22
```



1    A.    It is referenced in the MDR section,
2  correct.
3    Q.    Yes, sir.  And then my question is, is
4  did you do an analysis of which requirements in
5  11.3.3, in your opinion, needed to be included in
6  the drawings for those drawings to be 80 percent?
7    A.    I can't say that I sat down and did a
8  checkbox, if you're -- if you're asking me of what
9  this analysis would have entailed.  But I did a
10 compare of the drawings and the specs, and I would
11 have -- I rendered an 80 percent complete and -- and
12 pushed them across to RMTA.
13   Q.    Okay.
14         And, Mr. Mickle, a couple of sentences
15 down from that, you say:  (Reading)
16             The detailed design drawings
17         package TransCore resubmitted in March
18         of 2019 is near 100 percent complete.
19         Do you see that?
20   A.    You're -- you're -- is near 100 percent.
21 Yes, I see that.
22   Q.    Yes, sir.  And what did you rely on in

