UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

_____
                              )
TRANSCORE, LP,                )
                              )
     Plaintiff,               )  Civil Action
                              )
vs.                           )  No. 3:19-cv-820-REP
                              )
RICHMOND METROPOLITAN         )
TRANSPORTATION AUTHORITY,     )
                              )
     Defendant.               )
_____   )

Volume 1

DEPOSITION OF THERESA SIMMONS
Richmond, Virginia
September 17, 2020

Reported by: John L. Harmonson, RPR
Job No. 631405



1  okay, we accept you have met IDR on these things
2  that you submitted months ago; right?  Right?
3      A.    Yes.
4      Q.    That's not when TransCore actually
5  submitted their material for initial design
6  review, is it?
7      A.    I don't recall what the actual date
8  was.  That November is when they -- you know,
9  when we granted -- when we approved the
10 milestone.
11     Q.    Okay.  And right after you approved
12 that milestone, TransCore made additional
13 submissions for the midpoint design review;
14 correct?
15     A.    They did.
16     Q.    And you understood because they told
17 you that they had been working on that while they
18 were waiting for RMTA to approve the initial
19 design review; right?
20     A.    Yes.
21     Q.    Okay.  So because the design was still
22 in process, and because the toll system



1  following work."

2         And that requirement appears in each
3  of these milestones saying that you have to
4  complete the prior milestone before going
5  forward; right?

6     A.    Yes.

7     Q.    Okay.  So TransCore was prohibited by
8  the contract from moving forward to do additional
9  work until RMTA approved their MDR submissions;
10 right?

11    A.    No, they weren't -- I mean, they
12 weren't kept from doing anything.  But until
13 submittals are approved, we didn't want them to
14 submit submittals for subsequent milestones until
15 the current one was approved complete -- you
16 know, completed.  But we never said you can't
17 work on anything; but understand if you work on
18 it, you're working on it at your own risk, you
19 know.

20    Q.    So as you understand it, the
21 contractor was permitted to commence work on the
22 next milestone before getting approval of the



1  current milestone?
2       A.    At their own risk.
3       Q.    Well, turn to the next page there,
4  TS-01-17, the 100 percent design review
5  milestone, 4.2.5.
6       A.    Uh-huh.
7       Q.    The first requirement says that the
8  Contractor must successfully complete the MDR
9  prior to commencing any of the following work.
10 Right?
11      A.    Yes, that's what it says.
12      Q.    Well, are you saying that TransCore
13 was free to disregard that requirement?
14      A.    What I'm saying is that what TransCore
15 does at their own risk is just that.  But with
16 regard to providing submittals for whatever
17 milestone you're in, then the previous one has to
18 be complete.
19      Q.    Well, you would agree that requirement
20 4.2.5-1 doesn't use the word "submittal"; right?
21      A.    No, it does not use the word
22 "submittal."



1    Q.   Okay.  But it does use the word
2    "shall."  That means it's mandatory; right?
3         MS. JONES:  Object to form.
4         THE WITNESS:  Yeah, it means they
5    shall successfully complete.
6 BY MR. WOLF:
7    Q.   And to you, as the project manager,
8    when you read the word "shall" in your contract,
9    you interpret that to mean as mandatory; right?
10   A.   That they will do it, yes.
11   Q.   Because it's mandatory; right?
12   A.   I read this as the contractor will
13   complete the midpoint design review milestone to
14   the Authority's satisfaction prior to commencing
15   the following work.  That's what they'll do.
16   Q.   When you put the word "shall" in your
17   specifications, you mean to indicate to the
18   contractor that that's mandatory; correct?
19        MS. JONES:  Object to form.
20        THE WITNESS:  What's mandatory is --
21        you know, it's a milestone-based project so
22        you have to complete one milestone before



MAGNA LEGAL SERVICES

1      you start another.

2  BY MR. WOLF:

3      Q.   Okay.  So at the MDR stage, so long as
4  RMTA was objecting to or rejecting the
5  submissions by TransCore, then by the very
6  language that you just read, TransCore was not to
7  commence work on the next milestone; right?

8      A.   No.  And if they did, it was at their
9  own risk.

10     Q.   Well, there is nothing that says but
11 if you disregard this requirement it's at your
12 own risk.

13     A.   Well, it was discussed several times,
14 and it was captured in weekly meeting minutes,
15 and it was captured in notes, phone calls and --

16     Q.   What was captured?

17     A.   That we -- that TransCore told us they
18 were working on subsequent milestones and they
19 knew that it was at their own risk because they
20 hadn't finished the current milestone.

21     Q.   But that's not what the contract says,
22 is it?  The contract doesn't say anywhere

