IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

Civil Action No. 3:19-CV-820-REP

TRANSCORE, LP

vs.

RICHMOND METROPOLITAN

TRANSPORTATION AUTHORITY

VIDEOTAPED DEPOSITION OF BARRY MICKLE

Richmond, Virginia

September 29th, 2020

MAGNA LEGAL SERVICES

Reported by: Keith Williamson, RPR, CRR, CSR



```
 1      Q     And what do you mean by overdelivering
 2   early?
 3      A     For IDR, for the most part, the
 4   documents have a percentage of 40 percent or
 5   whatever.  We need to make sure we
 6   overdelivered so there's no rejection and we
 7   could get through IDR and we did that.  When we
 8   got to MDR, the goal was to deliver near
 9   complete documents and I believe we did that as
10   well.  The at risk work was to overdeliver to
11   minimize the next go around or the next
12   milestone phase.
13      Q     And so during IDR, and just to be very
14   clear, at the time of this e-mail in July 9th
15   of 2018 the project was in IDR, correct?
16      A     Correct.
17      Q     And so during IDR the goal was to create
18   documents that would satisfy that requirement
19   and more so, there would be no rejection and
20   TransCore could then move on to the next
21   milestone?
22      A     We didn't have time for rejections,
```

